**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           Case No. 09-20452

RADHWAN AL-MARSOUMI,

    Defendant.
                                                     /

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S
MOTION TO MODIFY THE TERMS OF SUPERVISED RELEASE**

Defendant Radhwan Al-Marsoumi violated the terms of his probation and, on September 28, 2012, was sentenced to twelve months imprisonment and two years of supervised release. Defendant moves to modify the terms of his supervised release pursuant to 18 U.S.C. § 3583(e)(2). Defendant seeks to reduce his supervised release term to one year and to remove all travel restrictions so that he may receive medical treatment for his seizures. As Defendant is presently incarcerated, however, the motion is premature. Accordingly,

IT IS ORDERED that Defendant's motion to modify the terms of supervised release [Dkt. # 12] is DENIED WITHOUT PREJUDICE.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 20, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 20, 2013, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522